IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-11-2325-TUC-JGZ-CRP |
| Plaintiff, | **ORDER** |
| vs. | |
| Emanuel Cota-Ruiz, et. al, | |
| Defendants. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Charles R. Pyle recommending denial of Defendants' Motion to Dismiss for Outrageous Government Conduct. (Doc. 88.)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Pyle's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

//

//

//

//

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Pyle's Report and Recommendation (Doc. 88) is ACCEPTED and ADOPTED;

(2) Defendants' Motion to Dismiss for Outrageous Government Conduct (Doc. 33) is DENIED.

Dated this 7th day of November, 2012.

_Jennifer G. Zipps_
United States District Judge